IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02548-BNB

JACQUES P. WARD,

    Applicant,

v.

SUSAN JONES, CSP Warden,
ARISTEDES W. ZAVARES, Exec. Dir. of the C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -3 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "F.R.C.P. 57 Motion for Declaratory Judgment" filed on February 2, 2009, is DENIED as moot because the relief he seeks is the same relief he seeks in his amended habeas corpus application.

Dated: February 3, 2009

Copies of this Minute Order mailed on February 3, 2009, to the following:

Jacques Pierre Ward
Prisoner No. 80524
Centennial Correctional Facility
PO Box 600 - Unit A-1-2-2
Cañon City, CO 81215-0600

_____
Secretary/Deputy Clerk